**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6695**

WELDON EUGENE HOLTZCLAW, JR.,

Plaintiff - Appellant,

v.

DONALD C. COGGINS,

Defendant - Appellee.

**No. 25-7017**

WELDON EUGENE HOLTZCLAW, JR.,

Plaintiff - Appellant,

v.

DONALD C. COGGINS,

Defendant - Appellee.

Appeals from the United States District Court for the District of South Carolina, at Greenville.  Timothy M. Cain, Chief District Judge.  (6:25-cv-03974-TMC)

Submitted:  March 26, 2026                          Decided:  May 1, 2026

Before AGEE, RICHARDSON, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Weldon Eugene Holtzclaw, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Weldon Eugene Holtzclaw, Jr., appeals the district court's orders accepting the magistrate judge's recommendation and summarily dismissing Holtzclaw's 42 U.S.C. § 1983 complaint, and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny Holtzclaw's pending appellate motions, and we affirm. *Holtzclaw v. Coggins*, No. 6:25-cv-03974-TMC (D.S.C. Aug. 11, 2025; Nov. 19, 2025).

These appeals are the latest of over a dozen unsuccessful appeals that Holtzclaw has filed in the last six months. And Holtzclaw has only increased the frequency of his filings, as he has dozens of additional civil appeals currently pending in this court. Accordingly, we order Holtzclaw to show cause why he should not be monetarily sanctioned for his excessive filing, and why he should not be enjoined from filing further appeals, petitions, and motions relating to any civil matter in this court unless any sanctions are paid and a district court judge certifies that the appeal Holtzclaw seeks to file is not frivolous. We further direct Holtzclaw to show cause why the prefiling injunction should not include that any filing in this court can only include one appellate case number—unless appeals are consolidated by this court—and that any filing must state on the first page the appellate case number and the relief Holtzclaw seeks through the filing. If any filing does not follow these instructions, the filing will be returned to Holtzclaw without being docketed.

We direct Holtzclaw to file his response to this order to show cause no later than 21 days after the date of this opinion. We dispense with oral argument because the facts

3

and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

4